# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Robert Pearson JR

(List the full name(s) of the plaintiff(s)/petitioner(s).)

7:21 cv 05670 (PMH)(    )

-against-

Sergeant Gesner #138, et al.,

(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/31/2022

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time to file a notice of appeal in this action. I would like to appeal the judgment entered in this action on 5/25/22 but did not file a notice of appeal within the required time period because:

I Do not Know what to Do in a Law Suit. I need a lawer. I'm asking The Curts to help me!

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

Dated: 5/25/22

Signature: Robert Pearson JR

Name (Last, First, MI): Pearson Robert JR

Address: Goshen   City    State: N.Y.

Telephone Number:

E-mail A

Rev. 3/27/15

---

Application denied as moot. The Judgment in this action was entered on May 16, 2022 and Plaintiff filed his Notice of Appeal on May 31, 2022. (See Doc. 38; Doc. 40).

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 39 and mail a copy of this Order to Plaintiff.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        June 6, 2022