UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                Plaintiff,

-against-

NEW YORK STATE, et al.,

                Defendants.

**ORDER**

21-CV-05670 (PMH)

PHILIP M. HALPERN, United States District Judge:

In light of the Mandate issued by the Second Circuit (Doc. 48), Plaintiff shall file any amended pleading by **March 7, 2025**. Pursuant to the Second Circuit's Opinion (Doc. 44), Plaintiff's Second Amended Complaint is limited to his claims for excessive force and "should at least identify, to the extent possible without the need for some limited discovery, . . . which defendant or defendants engaged in which of the alleged acts of excessive force, and should clarify other aspects of the excessive-force claims he wishes to pursue." Defendants shall file their answer to the operative pleading by **March 21, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

**SO ORDERED:**

Dated:   White Plains, New York
         February 5, 2025

_____
PHILIP M. HALPERN
United States District Judge