UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                    Plaintiff,

          -against-

NEW YORK STATE, et al.,

                    Defendants.

**<u>ORDER</u>**

21-CV-05670 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court has become aware of an updated address for Plaintiff: Robert Pearson DIN#24B5229 Elmira Correctional Facility P.O. Box 500 Elmira, NY 14902-0500. Accordingly, the Clerk of Court is respectfully directed to (i) update Plaintiff's address on the docket; and (ii) mail a copy of the Court's February 5 Order (Doc. 49) and this Order to Plaintiff at his updated address.

**SO ORDERED:**

Dated:   White Plains, New York
         February 6, 2025

_____
PHILIP M. HALPERN
United States District Judge