UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT PEARSON,<br><br>                Plaintiff,<br><br>-against-<br><br>NEW YORK STATE, et al.,<br><br>                Defendants. | **ORDER**<br><br>21-CV-05670 (PMH) |

PHILIP M. HALPERN, United States District Judge:

In light of the possibility of Plaintiff's representation by pro bono counsel, the Court *sua sponte* extends the time for Plaintiff to file an amended pleading from March 7, 2025 to April 7, 2025. (*See* Doc. 49). Defendants' time to file their answer to the operative pleading is accordingly extended from March 21, 2025 to April 21, 2025.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

                                            **SO ORDERED:**

Dated:  White Plains, New York
          February 25, 2025

                                            PHILIP M. HALPERN
                                            United States District Judge