UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

                       Plaintiff,

        -against-

SGT. GESSNER, et al.,

                       Defendants.

**ORDER**

22-CV-09278 (PMH)

PHILIP M. HALPERN, United States District Judge:

      A pre-motion conference was held today on Plaintiff's application to consolidate, for the purposes of discovery, this action (7:22-cv-09278) (the "Retaliation Action") with *Pearson v. Gessner, et al.* (7:21-cv-05670, the "Excessive Force Action"). (Doc. 113). Counsel for Plaintiff and counsel for Defendants in both the Retaliation Action and the Excessive Force Action appeared telephonically. For the reasons discussed at the conference, the Court denies Plaintiff's application to consolidate. Additionally, as discussed, the Court directs the following:

1) Plaintiff's request for a 30-day extension of the discovery deadline in the Retaliation Action is granted. The discovery deadline is extended to **July 31, 2025**;

2) To the extent they deem it necessary, Defendants in the Retaliation Action shall, no later than **July 31, 2025**, file a letter to the Court explaining the grounds for any anticipated motion for summary judgment. Plaintiff shall file a response thereto no later than 5 business days from the date of Defendants' filing;

3) Counsel in the Retaliation Action shall, by **August 29, 2025**, meet and confer and comply with Rules 6A, 6B, and 6D of this Court's Individual Practices; and

4) As discussed, Plaintiff in the Retaliation Action shall, by **June 25, 2025 at 5:00 p.m.**, serve upon Defendants unsigned copies of Plaintiff's answers to interrogatories. Upon receipt from Plaintiff of the signed versions of the answers to interrogatories, Plaintiff's counsel shall promptly serve them upon Defendants.

      The Clerk of Court is respectfully directed to docket this Order at both 7:22-cv-09278 and 7:21-cv-05670.

SO ORDERED.

Dated: White Plains, New York
June 24, 2025

_____
PHILIP M. HALPERN
United States District Judge