# Arnold & Porter

Raina Duggirala
Alexander J. Potcovaru
Max Gould
+1 212-836-7898 Direct
Raina.Duggirala@arnoldporter.com
Alex.Potcovaru@arnoldporter.com

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 77.
>
> SO ORDERED.
>
> _(signature)_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 25, 2025

**VIA ECF**

The Honorable Philip Halpern
Courtroom 520
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *Pearson v. New York State et al.*, 7:21-cv-05670 (PMH)

Dear Judge Halpern:

We are pro bono counsel for plaintiff Robert Pearson ("Plaintiff") in the above-referenced matter. Pursuant to Rule 1C of Your Honor's Individual Practices in Civil Cases, Plaintiff submits this consent motion requesting an extension of time to file the proposed Civil Case Discovery Plan and Scheduling Order in this matter.

Plaintiff seeks an extension of the deadline to file the proposed Civil Case Discovery Plan and Scheduling Order from August 26, 2025 to September 5, 2025. Plaintiff's counsel represents Plaintiff in another case before Your Honor (*Pearson v. Gessner, et al.*, 7:22-cv-09278 (PMH)). Plaintiff's counsel has been working diligently to prepare for a pre-motion conference scheduled for August 28, 2025 in that case and has also been conferring with defendants' counsel in that matter to prepare a proposed Joint Pretrial Order due on August 29, 2025. In light of these additional deadlines, Plaintiff requests an extension to the time to file the proposed Civil Case Discovery Plan and Scheduling Order in this case in order to have adequate time to confer with opposing counsel and develop an appropriate proposed schedule.

This is Plaintiff's first request for an extension of the deadline to file the proposed Civil Case Discovery Plan and Scheduling Order. Defendants Sergeant Gessner, Officer Morris, Officer Halstead, and Officer Broeckel ("Defendants") consent to Plaintiff's extension request.

Arnold & Porter

August 22, 2025
Page 2

                                              Respectfully submitted,

                                              /s/ *Raina Duggirala*
                                              Raina Duggirala
                                              Alexander J. Potcovaru
                                              Max Gould

cc: Counsel of record (via ECF)