UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT PEARSON,

Plaintiff,

-against-

NEW YORK STATE, et al.,

Defendants.

**ORDER**

21-CV-05670 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court held a telephonic status conference on August 20, 2026, concerning an alleged incompetency finding against Plaintiff in an unrelated state criminal case. (*See* Doc. 110).

During the status conference, the Court directed the following:

1) The parties shall appear at a telephonic conference on October 7, 2026 at 12:00 p.m. concerning Plaintiff's status, including any recent developments; and
2) The parties shall each file, no later than September 30, 2026, a letter outlining each parties' respective position as to the recommended next steps in this case, in light of Plaintiff's status. Separately, Plaintiff's counsel shall determine if it can serve as *guardian ad litem* for Plaintiff, and will attempt to identify whether Plaintiff has any next of kin or individuals who may properly serve as Plaintiff's next friend or representative in this action.

Additionally, the Court adjourns the previously-scheduled October 15, 2026 case management conference, *sine die*.

SO ORDERED:

Dated: White Plains, New York
August 20, 2026

PHILIP M. HALPERN
United States District Judge